# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Christopher Unrein**<br>DOB: 1987; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>20-00034 MJ |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about January 10, 2020, in the District of Arizona, **Christopher Unrein**, knowing or in reckless disregard that a certain alien, including Antonio Esquivel-Hugo had come to, entered, and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise, in furtherance of such violation of law; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii)**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about January 10, 2020, in the District of Arizona, a 2017 Honda HRV attempting to circumvent the Highway 191 checkpoint near Pearce, Arizona, was pulled over by a United States Border Patrol Agent (BPA). The BPA looked into the vehicle, and saw a person attempting to hide underneath a blanket. The driver, identified as **Christopher Unrein,** stated he did not know who was under the blanket. The BPA opened the back door, and removed the blanket, revealing two individuals attempting to hide in the backseat. The two individuals, identified as Antonio Esquivel-Hugo and a juvenile, admitted they are citizens of Mexico, in the United States illegally.

Material witness Antonio Esquivel-Hugo, stated after crossing into the United States illegally, he was taken to a house. The caretaker of the house told him when their ride had arrived to pick them up, and to get in and cover themselves with a blanket. Antonio Esquivel-Hugo stated he got in the blue car, driven by **Christopher Unrein**, and that he believes the driver knew they were illegal aliens.

MATERIAL WITNESS IN RELATION TO THE CHARGE: Antonio Esquivel-Hugo

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/lmw | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE[1)] | DATE<br>January 13, 2020 |

1) See Federal rules of Criminal Procedure Rules 3 and 54